GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone:   (415) 543-4800
Facsimile:   (415) 972-6301

LEANN PEDERSEN POPE (*pro hac vice* pending)
DANIELLE J. SZUKALA (*pro hac vice* pending)
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash, 22nd Floor
Chicago, IL 60611
T: (312) 840-7000/ F: (312) 840-7900
Email: lpope@burkelaw.com;
dszukala@burkelaw.com

Attorneys for Defendant
CHASE BANK USA, N.A., sued erroneously herein
as CHASE MANHATTAN BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JANE YAKAS, et al., ,<br><br>             Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN BANK USA, N.A.,<br><br>             Defendant. | CASE NO.  09-CV-02964 WHA<br><br>**[PROPOSED]** ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO PLEAD<br><br>No hearing requested.<br>Ctrm. 9, Fl. 19, Hon. William H. Alsup |

Defendant Chase Bank USA, N.A. sued erroneously as Chase Manhattan Bank USA, N.A. having moved for an extension of time to September 21, 2009 to answer or otherwise plead in response to Plaintiff's Complaint, good cause having been shown,

IT IS HEREBY ORDERED THAT the motion of Chase Bank USA, N.A. sued erroneously as Chase Manhattan Bank USA, N.A. is hereby granted, and Chase Bank, N.A. shall

have until and including September 21, 2009 to file an answer or otherwise plead in response to Plaintiff's Complaint. THERE WILL BE NO MORE EXTENSIONS.

Dated: August 20, 2009.

United States Judge
William H. Alsup



- 2 -

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO PLEAD