**United States District Court**
For the Northern District of California

RECEIVED

2010 MAR -9 P 3: 46

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY JANE YAKAS, et al.,

        Plaintiff,

    v.

CHASE MANHATTAN BANK USA,
N.A., et al.,

        Defendant.

_____/

**CASE NO.** 3:09-cv-02964-WHA

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Michael G. Salemi        , whose business address and telephone number is

Burke, Warren, MacKay & Serritella, P.C., 330 North Wabash Avenue, 22nd Floor, Chicago,
Illinois 60611-3607, (312) 840-7000,

and who is an active member in good standing of the bar of the Supreme Court of Illinois

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing Defendants

        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:    March 10, 2010



IT IS SO ORDERED

Judge William Alsup