IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY JANE YAKAS, on behalf of
Herself and All Others Similarly Situated,

    Plaintiff,

v.

CHASE MANHATTAN BANK USA,
N.A., Predecessors, Successors, and
Subsidiaries, and DOES 1–100, Names and
Addresses Currently Unknown

    Defendants.

No. C 09-02964 WHA

**ORDER GRANTING MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO STAY AND SCHEDULING STATUS CONFERENCE**

    Defendant Chase Bank USA, N.A. moves to shorten time for notice and hearing of its motion to stay proceedings in this matter pending a transfer decision from the MDL panel. Defendant Chase's motion for stay shall be heard on **APRIL 15, 2010, AT 8 A.M.** Plaintiff's response shall be due by **NOON ON APRIL 9, 2010.**

    Plaintiff has requested a status conference to discuss possible class action settlement talks between defendants and certain non-party plaintiffs. This issue shall be addressed at the hearing on April 15.

**IT IS SO ORDERED.**

Dated: April 7, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE